1912.) Action by Abraham Korn against the Illinois Surety Company. N. L. Keach, of New York City, for appellant. J. Rosenzweig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KOSTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Emil N. Koster against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Robert Kuehnert, an attorney. No opinion. Stay continued until November 1st. Referee then to proceed. Settle order on notice. See, also, 136 N. Y. Supp. 1139.

KUNITZER, Appellant, v. MEDICAL SOCIETY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Robert Kunitzer against the Medical Society of New York. A. S. Gilbert, of New York City, for appellant. A. C. Vandiver, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KUNTZ, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Edward W. Kuntz against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Order of the County Court of Kings County unanimously affirmed, with costs.

In re LA FAR. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Arthur B. La Far. No opinion. Referred to official referee. Settle order on notice.

LAMCHICK et al. v. ACKERMAN et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Louis Lamchick and others against David Ackerman and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 130 N. Y. Supp. 144.

LAMPHERE, Respondent, v. FINCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Loren J. Lamphere against Henry Finck and others. No opinion. Motion to amend decision (136 N. Y. Supp. 1139) denied, with $10 costs. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

LANDAU v. SOLOMONS et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by August A. Landau against Henry Solomons and others. No opinion. Motion denied, with $10 costs. Order filed.

LAWRENCE, Respondent. v. A. B. ADAMS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Benjamin B. Lawrence against A. B. Adams, Incorporated. R. Krause, of New York City, for appellant. P. J. Rose, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEAVITT, Respondent, v. ENOS, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Lillian B. Leavitt against Chas. H. Enos, as executor. J. N. Hayes, of New York City, for appellant. M. D. Steuer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 136 N. Y. Supp. 1139.

LEAVITT, Respondent, v. LICHTENSTEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by William Leavitt against Rudolph Lichtenstein. No opinion. Judgment and order affirmed, with costs. See, also, 145 App. Div. 904, 129 N. Y. Supp. 1132.

LEE, Respondent, v. TOMPKINS, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Clara Lee against Frank O. Tompkins.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., dissents.

LEHNERT v. F. V. SMITH CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Charles Lehnert, an infant, etc., against the F. V. Smith Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LEHNERT v. F. V. SMITH CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Michael Lehnert against the F. V. Smith Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LE ROUX, Respondent, v. ARGUS CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 11, 1912.) Action by Joseph Le Roux against the Argus Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the court erroneously charged that the burden of proof rested with the defendant to show that it was not negligent in maintaining a grating in the sidewalk.